USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/02/2020

# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET
## SUITE 502
## NEW YORK, N.Y. 10013
## (212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

July 2, 2020

Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

<u>United States v. Jeffrey Molitor</u>
20 MJ 1062

Dear Magistrate Judge Cott:

We represent the defendant Jeffrey Molitor pursuant to the Criminal Justice Act. On January 29, 2020, the Court set bail conditions in this case that include home confinement. At this time, Mr. Molitor is only allowed to leave his apartment to attend meetings with counsel and doctor's appointments, and only after he clears such meetings with his pretrial services officer. We have been in touch with Mr. Molitor's pretrial services officer, John Moscato, and he has confirmed that Mr. Molitor has been in complete compliance with all of his bail conditions.

Mr. Molitor was recently informed by his landlord that his lease will not be renewed and that he has to be out of his current apartment by the end of this month. Mr. Molitor has suggested a plan whereby his husband will do the initial "leg work" to look at new apartments, but he would understandably like to see an apartment in person before they commit to a new lease. We have discussed this plan with Mr. Moscato, and he is okay with Mr. Molitor leaving his home for this purpose as long it is approved by the Court. The Government has no objection to this request.

We also ask that Mr. Molitor be allowed to leave his apartment to do his own laundry in the washing machines that are located within his apartment building. Mr. Moscato also has no objection to this request. The Government has no objection since the washing machines Mr. Molitor intends to use are within his own apartment building.

Mr. Molitor will continue to inform pretrial services of any time he leaves his apartment, including to view a new apartment to rent or to do his laundry in his building, should the Court allow him to leave his apartment for these purposes.

Respectfully submitted,

*Sarah M. Sacks*

---

**The request is GRANTED.**
**SO ORDERED.**

Dated:   July 2, 2020
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge